### 17616.   THURMOND *v.* THE STATE.

BROYLES, C. J. While the conviction of the accused depended wholly upon circumstantial evidence, the jury were correctly instructed upon the weight to be given such evidence; and, under the facts of the case, this court can not hold, as a matter of law, that the jury were not authorized to find that the evidence adduced excluded every *reasonable* hypothesis save that of the defendant's guilt.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Transporting intoxicating liquor; from city court of Richmond county—Judge Black.   July 22, 1926.

*H. A. Woodward, Hammond & Kennedy,* for plaintiff in error.
*W. Inman Curry, solicitor,* contra.

Criminal Law, 17 C. J. p. 267, n. 93.